# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## SETTLEMENT CONFERENCE
### Magistrate Judge Elizabeth Cowan Wright
CHAMBERS 342 – Saint Paul

Kelli Jo Torres

        Plaintiff,

v.

Dallas Hamm, et al,

        Defendants.

**COURT MINUTES**

Case Number: 20-cv-1092 DSD/ECW

| | |
|---|---|
| Date: | July 21, 2021 |
| Court Reporter: | n/a |
| Time Commenced: | 9:00 a.m. |
| Time Concluded: | 8:28 p.m. |
| Time in Court: | 11 Hours 28 Minutes |

Hearing on: **SETTLEMENT CONFERENCE**

APPEARANCES:

    Plaintiff:    Clare Diegel and Ian Bratlie
    Defendant:    Vicky Hruby

PROCEEDINGS:

✔ Settlement reached

                                          *s/TMA*
                                       Courtroom Deputy