# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Kelli Jo Torres, | Case No. 20-cv-1092-DSD-ECW |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANTS HAMM, DOUTY AND VERBRUGGE** |
| Dallas Hamm; Shelley Douty; Rock County Sheriff Evan Verbrugge; Rock County; all individuals being sued in their individual and official capacities, | |
| Defendants. | |

**IT IS HEREBY STIPULATED BY AND BETWEEN** the undersigned parties that any and all of Plaintiff's claims against Defendants, Dallas Hamm, Shelley Douty and Evan Verbrugge, in either their individual or official capacities, be dismissed with prejudice.

Plaintiff specifically acknowledges this dismissal is voluntarily entered into and that no payment or separate consideration is being paid for entering into this dismissal. Plaintiff and Defendants Dallas Hamm, Shelley Douty and Evan Verbrugge also agree that neither party is entitled to costs, disbursements, or attorney's fees (including attorney's fees pursuant to 42 U.S.C. § 1988).

**IT IS FURTHER STIPULATED** that, without further notice, a Judgment of Partial Dismissal with Prejudice of any and all of Plaintiff's claims against Defendants Dallas Hamm, Shelley Douty and Evan Verbrugge, without costs or disbursements or attorney's fees may be entered herein

Dated: 8/25/21                    **AMERICAN CIVIL LIBERTIES UNION OF MINNESOTA**

By:  *s/ Ian Bratlie*
Ian Bratlie, #319454
709 South Front Street, Suite 1B
Mankato, MN  56001
Telephone: (651) 645-4097
ibratlie@aclu-mn.org

Teresa Nelson, #269736
P.O. Box 14720
Minneapolis, MN  55414
Telephone:  (651) 645-4097
Facsimile:   (651) 647-5948
tnelson@aclu-mn.org

Clare Diegel, #0400758
AMERICAN CIVIL LIBERTIES UNION OF MN
P.O. Box 14720
Minneapolis, MN 55414
Tel: (612) 274-7791
Fax: (651) 647-5948
cdiegel@aclu-mn.org

***Attorneys for Plaintiff***

Dated: 8/25/21                    **JARDINE, LOGAN & O'BRIEN, P.L.L.P.**

By: *s/ Joseph E. Flynn*
Joseph E. Flynn, #0165712
Vicki A. Hruby, # 0391163
Alexandra A. Meyer, #0398471
8519 Eagle Point Boulevard, Suite 100
Lake Elmo, MN 55042-8624
Telephone: (651) 290-6500
Facsimile: (651) 223-5070
jflynn@jlolaw.com
vhruby@jlolaw.com
ameyer@jlolaw.com

***Attorneys for Defendants***