# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Kelli Jo Torres, | Case No. 20-cv-1092-DSD-ECW |
| Plaintiff, | |
| v. | **[PROPOSED]** |
| Dallas Hamm; Shelley Douty; Rock County Sheriff Evan Verbrugge; Rock County; all individuals being sued in their individual and official capacities, | **ORDER FOR DISMISSAL WITH PREJUDICE OF DEFENDANTS HAMM, DOUTY AND VERBRUGGE** |
| Defendants. | |

Pursuant to the Stipulation entered into between the parties, Doc. 168,

**IT IS HEREBY ORDERED:**

That all claims of Plaintiff, Kelli Jo Torres, against Defendants, Dallas Hamm, Shelley Douty and Evan Verbrugge, either officially or individually, or otherwise, are hereby dismissed with prejudice and on their merits and without costs, disbursements or attorney's fees to any party pursuant to the Stipulation of the parties.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: _____                  _____
                                                    David S. Doty
                                                    United States District Judge