UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Kelli Jo Torres, | Case No. 20-cv-1092-DSD-ECW |
| Plaintiff, | |
| v. | |
| Dallas Hamm; Shelley Douty; Rock County Sheriff Evan Verbrugge; Rock County; all individuals being sued in their individual and official capacities, | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| Defendants. | |

---

This action having been fully compromised and settled, **IT IS HEREBY STIPULATED** by and between the parties, through their respective undersigned counsel, that this action may be DISMISSED WITH PREJUDICE, on its merits, and without costs or attorney's fees to any party, and that judgment may be entered accordingly.

Dated: 8/25/21

**AMERICAN CIVIL LIBERTIES UNION OF MINNESOTA**

By: *s/ Ian Bratlie*
Ian Bratlie, #319454
709 South Front Street, Suite 1B
Mankato, MN 56001
Telephone: (651) 645-4097
ibratlie@aclu-mn.org

Teresa Nelson, #269736
P.O. Box 14720
Minneapolis, MN 55414
Telephone: (651) 645-4097
Facsimile: (651) 647-5948
tnelson@aclu-mn.org

Clare Diegel, #0400758
AMERICAN CIVIL LIBERTIES UNION OF MN
P.O. Box 14720
Minneapolis, MN 55414
Tel: (612) 274-7791
Fax: (651) 647-5948
cdiegel@aclu-mn.org

***Attorneys for Plaintiff***


Dated: 8/27/21    **JARDINE, LOGAN & O'BRIEN, P.L.L.P.**

By:   *s/ Joseph E. Flynn*
Joseph E. Flynn, #0165712
Vicki A. Hruby, # 0391163
Alexandra A. Meyer, #0398471
8519 Eagle Point Boulevard, Suite 100
Lake Elmo, MN 55042-8624
Telephone: (651) 290-6500
Facsimile: (651) 223-5070
jflynn@jlolaw.com
vhruby@jlolaw.com
ameyer@jlolaw.com

***Attorneys for Defendants***