# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Kelli Jo Torres, | Case No. 20-cv-1092-DSD-ECW |
| Plaintiff, | |
| v. | |
| Dallas Hamm; Shelley Douty; Rock County Sheriff Evan Verbrugge; Rock County; all individuals being sued in their individual and official capacities, | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| Defendants. | |

The Court having been advised by Stipulation [ECF Doc. 171], that this action has been fully compromised and settled, **IT IS ORDERED** that this action is **DISMISSED WITH PREJUDICE**, on its merits, and without costs or attorney's fees to any party.

Dated: August 31, 2021        s/David S. Doty
                              David S. Doty, Judge
                              United States District Court